

CR-31



STATE OF NEW JERSEY
DEPARTMENT OF CORRECTIONS

1383788

259 (p. 3) (new 3/77)
Revised 8/80
Disciplinary Report

## C. DISCIPLINARY REPORT – INMATE'S COPY

**PRINT CLEARLY**

1. NAME OF INMATE (Last, First): Johnson, Wendell      NO. 1020430

   INSTITUTION: GSCF      WING: _____   JOB ASSIGNMENT: _____

2. PROHIBITED ACT (with code number): *.260 refusing to submit to medical or other testing

3. REPORTING EMPLOYEE'S NAME: L. Ledesma      TITLE: SCPO

   DATE: 4/28/22      SIGNATURE: _____

4. PLACE OF ALLEGED INFRACTION: PRU 2      DATE: 4/28/22      TIME: 1410

5. ANY IMMEDIATE SPECIAL ACTION TAKEN: C.L.

   AUTHORIZED BY: L. Fayne      DATE: 4/28/22      TIME: 1615

6. WITNESS(ES), NAME(S) AND NUMBER(S): _____

7. PHYSICAL EVIDENCE – DESCRIPTION AND DISPOSITION: N/A

8. DESCRIPTION OF ALLEGED INFRACTION: Inmate Johnson was ordered to take his covid test, he refused to comply with my order.

9. COPY OF THIS REPORT DELIVERED TO ABOVE INMATE BY: _____
   Printed Name
   SIGNATURE: _____      DATE: 5/1/22      TIME: _____

   INMATE READ "USE IMMUNITY" RIGHTS:   [✓] YES   [ ] NO

THERE ARE _____ NUMBER OF ADDITIONAL PAGES ATTACHED TO THIS REPORT.

## D.  NOTICE TO INMATE OF RIGHTS

259 (p. 4) (new 3/77)
Revised 8/80
Disciplinary Report

*You are being charged with a violation of a Prohibited Act within this institution. Because of the possibility that you may be criminally prosecuted above and beyond the discipline imposed by this institution, you are entitled to be advised of the following rights:*

1. *You have the right to remain silent and you cannot be further interrogated should you choose not to speak. Your silence may not be used against you at the disciplinary hearing or in future criminal proceedings. However, if you choose not to speak, the case will be decided on the basis of all other evidence presented at the hearing. The hearing Officer may consider your silence together with all the evidence.*

2. *You have the right to make a statement concerning the charge. This statement or any evidence derived directly or indirectly from your statement may be used against you at the disciplinary hearing but cannot be used against you in any future criminal proceedings.*

*YOU WILL BE GIVEN A HEARING BEFORE A DISCIPLINARY HEARING OFFICER OR ADJUSTMENT COMMITTEE IN CONNECTION WITH THIS CHARGE: AT THAT HEARING YOU WILL BE ENTITLED TO THE FOLLOWING:*

1. *TWENTY-FOUR (24) HOUR NOTICE OF THE ALLEGED VIOLATION.*

2. *AN INMATE REPRESENTITIVE IF YOU ARE UNABLE TO COLLECT AND GATHER EVIDENCE OR UNABLE TO ADEQUATELY PRESENT YOUR CASE.*

3. *THE RIGHT TO REQUEST WITNESSES AND PRESENT DOCUMENTARY EVIDENCE.*

4. *THE RIGHT TO REQUEST CONFRONTATION AND CROSS-EXAMINATION OF ADVERSE WITNESSES.*

5. *THE RIGHT TO A WRITTEN DECISION BY THE HEARING OFFICER OR ADJUSTMENT COMMITTEE STATING THE EVIDENCE RELIED UPON AND THE REASON FOR THE SANCTION.*

6. *THE RIGHT TO APPEAL THE DECISION OF THE HEARING OFFICER OR ADJUSTMENT COMMITTEE TO THE SUPERINTENDENT.*

D. NOTICE TO INMATE OF RIGHTS

| Form 259-A | STATE OF NEW JERSEY | Revised 9/15 |
|---|---|---|
| N.J.A.C. 10A:4 | DEPARTMENT OF CORRECTIONS | Page 2 of 3 |
| | K. ADJUDICATION OF DISCIPLINARY CHARGE-INMATE'S COPY | |

**Please Print or Type**

Name of inmate: JOHNSON, WENDELL    No. 162043C/130330    Prohibited Act No. *260

13. Correctional facility confidential materials _NONE_

The Disciplinary Hearing Officer concluded that the informant was credible and/or the information was reliable.
☐ Yes  ☐ No

A concise summary of facts within the personal knowledge of the informant was disclosed to the inmate.
☐ Yes  ☐ No

Reason for withholding confidential materials from the inmate: _NONE_

14. Inmate's evidence:
(a) Statement of inmate: _It's my right to not to test. I've refused about (6000?) never been charged. My due process was also violated b/c I wasn't served w/in 48 hrs_

(b) Statement of counsel substitute: _I/m declined C/S_

(c) All witnesses the inmate asks to be called including those requested through the investigator.
(USE ADDITIONAL SHEETS FOR ADDITIONAL WITNESSES)

Name of witness _____
☐ Request Granted    Witness statement _____

☐ Request Denied    Reason _____

(d) Documents _____

15. List of adverse witnesses the inmate requests to confront/cross-examine including those requested through the investigator
(USE ADDITIONAL SHEETS FOR ADDITIONAL WITNESSES)

Name of adverse witness _____    ☐ Request granted
☐ Request Denied    Reason _____

*I/m declined*

K. ADJUDICATION OF DISCIPLINARY CHARGE - INMATE'S COPY

Form 259-A
N.J.A.C. 10A:4

**STATE OF NEW JERSEY**
**DEPARTMENT OF CORRECTIONS**
**N. ADJUDICATION OF DISCIPLINARY CHARGE-INMATE'S COPY**

Revised 5/95
Page 2 of 3

**Please Print or Type**

Name of inmate: Johnson, Wendell   No. 162043   Prohibited Act No. *256 / 260

16. Inmate or counsel substitute acknowledges that the information in lines 1-15 accurately reflects what took place at the inmate disciplinary hearing.

_____
Printed name of inmate or counsel substitute

_____
Signature of inmate or counsel substitute

If both the inmate and counsel substitute (if any) refuse to sign, reason stated for refusal, if any:

Inmate and counsel substitute refused to sign:

_____
Printed name of Court-Line Officer

_____
Signature of Court-Line Officer

17. Decision ☒ Guilty of  256 *amended*   ☐ Not guilty of

18. Summary of evidence relied on to reach decision

    - Reduced to *256
    - Verbal reprimand

19. Sanction(s)

20. Reason(s) for sanction(s)

    1st charge

_____
Printed name of Disciplinary Hearing Officer

Cortes

_____
Signature of Disciplinary Hearing Officer

Date 5/12/22   Time 930  ☒ am  ☐ pm

_____
Printed name of Disciplinary Hearing Officer

_____
Signature of Disciplinary Hearing Officer

Date 5/12/22   Time 900  ☒ am  ☐ pm

_____
Printed name of Disciplinary Hearing Officer

_____
Signature of Disciplinary Hearing Officer

Date _____ Time _____ ☐ am ☐ pm

48 hrs to appeal

N. ADJUDICATION OF DISCIPLINARY CHARGE-INMATE'S COPY

| | | |
|---|---|---|
| Form 259-A<br>N.J.A.C. 10A:4 | **STATE OF NEW JERSEY<br>DEPARTMENT OF CORRECTIONS<br>F. ADJUDICATION OF DISCIPLINARY CHARGE - INMATE'S COPY** | Revised 9/15<br>Page 2 of 5 |

**GARDEN STATE YOUTH CORRECTIONAL FACILITY**
Correctional Facility

Please Print or Type

1. Name of inmate: **JOHNSON, WENDELL**   Number: **162043C/1303300**
2. First hearing date: **5/12/2022**   Reason for postponement: _Pending clarification_
   5/16/22 - same
   Second hearing date: 5/19/22   Reason for postponement: _____
   Third hearing date: _____   Reason for postponement: _Refusing any order_
3. Prohibited Act No. *.260   Description: REFUSING TO SUBMIT A MANDATORY MEDICAL OR OTHER TESTING SUCH AS MANDATORY TESTING
4. Name of employee reporting disciplinary charge: **OFC. LEDESMA**
5. Date of incident: **04/28/2022**   Place: **PRU-2**   Time: **1410**   ☐ am ☐ pm
6. Date notice of disciplinary charge delivered: **05/11/2022**   Time: **0800**   ☐ am ☐ pm
7. Hearing  ☐ Within 7 days   ☐ Within 72 hours of placement in Prehearing Disciplinary Housing
   Explanation if not within these time frames: _not A1_
8. If inmate waives 24 hours notice, obtain inmate's signature: _not needed_
9. Inmate pleads  ☐ Guilty   ☒ Not guilty   ☐ No plea
10. Inmate advised of use immunity for criminal proceedings by Disciplinary Hearing Officer  ☒ Yes
11. Counsel substitute  ☐ Requested   ☒ Not requested
    If counsel substitute requested  ☐ Granted _____
    ☐ Denied   Reason why: _Im declined c/s (12th gr)_
12. Correctional facility's non-confidential evidence
    (a) Statements and reports: _Ledesma Rcr Rprt A1_
    A1 - Quarantine Track Sheet
    A2 - Pre/Hearings
    A3 - Ledesma
    
    (b) Documents and physical evidence
    A3 - Photo
    A5 - OTV Report

| | | |
|---|---|---|
| Form 259-A<br>N.J.A.C. 10A:4 | STATE OF NEW JERSEY<br>DEPARTMENT OF CORRECTIONS<br>G. NOTICE TO INMATE OF RIGHTS ON APPEAL | Revised 9/15<br>Page 3 of 5 |

*You are hereby advised that you may appeal the disciplinary decision of the Adjustment Committee or Disciplinary Hearing Officer. You must do so within 48 hours of receipt of this written notice of decision (72 hours at the N.J. Training School for Boys or Juvenile Medium Security Facility) unless there are exceptional circumstances. The Superintendent or his/her designate will review your appeal.*

*At the discretion of the Superintendent or his/her designate, all or portions of the disciplinary sanction(s) may be suspended while an inmate's appeal is being considered if the inmate does not pose a threat to the order, security and safety of the correctional facility. In such event, any outside activities scheduled for the inmate within the loss of privileges or detention period may be temporarily suspended until a decision is rendered on the appeal by the Superintendent. The Superintendent or his/her designate may approve, modify or reverse any disciplinary action. The Superintendent or his/her designate may also order further hearings where appropriate. In no event shall there be an increase in the severity of sanctions issued by the Adjustment Committee or Disciplinary Hearing Officer solely as a result of the review of the appeal.*

*The following factors are considered in appeals:*

1. *Was the inmate provided with all the rights and privileges due him or her as outlined in the Handbook on discipline?*
2. *Was the decision of the Adjustment Committee or Disciplinary Hearing Officer based on substantial evidence?*
3. *Under the circumstances, was the sanction imposed proportionate to the offense?*

*The inmate is notified, in writing, of the results of the review of his/her appeal.*

\* \* \*

*Por la presente se le notifica que usted puede apelar la decisión disciplinaria del Comité de Ajuste o de la Oficial de Audiencias Disciplinarias. Usted deberá hacerlo dentro de las 48 horas a partir del recibo de esta notificación escrita de la decisión (72 horas para N.J. Training School for Boys) a menos que existan circunstancias excepcionales. El(La) Superintendente o la persona designada por él(ella) revisará su apelación.*

*A la discreción del(la) Superintendente o de la persona designada por él(ella), todas las sanciones disciplinarias o porciones de las mismas podrán suspenderse mientras la apelación del(la) confinado(a) se esté considerando si el(la) confinado(a) no presenta una amenaza al orden, la protección o la seguridad de la institución de corrección. En tal caso, todas las actividades exteriores programadas para el(la) confinado podrán suspenderse temporalmente hasta que el(la) Superintendente haya emitido una decisión sobre la apelación. El(La) Superintendente o la persona designada por él(ella) podrá aprobar, modificar o revocar cualquier acción disciplinaria. El(La) Superintendente o la persona designada por él(ella) también podrá ordenar audiencias adicionales cuando sea apropiado. En ningún caso se aumentará la severidad de las sanciones emitidas por el Comité de Ajuste o el Oficial de Audiencias Disciplinaries sólo como resultado de la revisión de la apelación.*

*Se consideran los siguientes factores en las apelacioines:*

1. *¿Se le proporcionaron al(la) confinado(a) todos los derechos y privilegios que le corresponder según se detallan en el Manual de Disciplina?*
2. *¿Se basó la decisión del Comité de Ajuste o del Oficial de Audiencias Disciplinaries en evidencia substancial?*
3. *¿Bajo las circunstancias, se impuso la sanción en proporción a la infracción?*

*Al(la) confinado(a) se le notifica por escrito de los resultados de la revisión de su apelación.*

G. NOTICE TO INMATE OF RIGHTS ON APPEAL

Form 256 - I
N.J.A.C. 10A:4

**STATE OF NEW JERSEY**
**DEPARTMENT OF CORRECTIONS**

Revised
1/2000

APPEAL OF DISCIPLINARY DECISION [APELACIÓN DE UNA DECISIÓN DISCIPLINARIA]

Please Print or Type [Sírvase usar letras de molde o máquina de escribir]

Correctional Facility [Institución de Corrección]: G.S.Y.C.F.

TO [PARA]: D. Richards, Administrator [Administrador]

FROM [DE]:
Name [Nombre]: JOHNSON, WENDELL
Number [Número]: 162043C/1303300
Housing Unit [Unidad de Vivienda]: N3C

Sir: [Sr(a).]:

I appeared before the Disciplinary Hearing Officer [Comparecí ante el(la) Oficial de Audiencias Disciplinarias]
Name [Nombre]: T. CORTES

on 5/12/2022 at ____ ☐AM ☐PM for violation of Prohibited Act # *.260, # 256.

*.260 REFUSING TO SUBMIT A MANDATORY MEDICAL OR OTHER TESTING SUCH AS MANDATORY TESTING*

1. I wish to appeal the decision of the Hearing Officer, based on the following reasons:
[Deseo apelar la decisión del Oficial de Audiencias, basándome en las siguientes razones:]

   ☑ violation of Standards [violación de las Normas]
   ☐ misinterpretation of the facts [mala interpretación de los hechos]
   ☐ a plea of leniency [una petición de indulgencia]
   ☐ other [otra]

2. ☐ I request that the sanction imposed be suspended pending appeal. [Solicito que la sanción impuesta se suspenda mientras se apela]

EXPLANATION: [EXPLICACIÓN]

clearly this is cruel and unusual punishment and due process of law in full, Gov. Murphy executive order No. 290 does not mandate inmates to take covid-19 test or vaccines and Roe V. Wade and U.S. V. Berrigan, 482 F. 2d 171 (1973) would be applicable to the case at bar. 410 U.S. 113 (1973).

PREPARED BY: [PREPARADO POR:]
Printed name of person preparing form: Wendell Johnson
Signature of person preparing form: Wendell Johnson

Signature of inmate [Firma del(la) confinado(a)]: Wendell Johnson
Date [Fecha]: 5-17-22
Time [Hora]: 9:15 ☑AM ☐PM

RECEIVED BY:
Printed Name: _____  Signature: _____  Date: _____  Time: _____ ☐AM ☐PM

Form 256 – II  
N.J. A.C. 10 A:4

**STATE OF NEW JERSEY**  
**DEPARTMENT OF CORRECTIONS**

Revised  
1/2000

## DISPOSITION OF DISCIPLINARY APPEAL (DISPOSICIÓN DE LA APELACIÓN DISCOPLINARIA)

Please Print or Type (Sírvase usar letras de molde o máquina d'escribir)

**Garden State Youth Correctional Facility**  
Correctional Facility (Institución de Corrección)

TO: **Johnson, Wendell**        **162043C**  
    Name [Nombre]               Number [Número]

FROM: **Kenya Collins**         **Assistant Superintendent**  
      Name [Nombre]             Title [Título]

I have reviewed the appeal of your disciplinary hearing held on **12 May 2022** at **9:30** ☑ AM ☐ PM  
[He revisado l'apelación de su audiencia disciplinarian que tuvo lugar el]

**for violations of  *.256**  
[cuyo fallo dictó el(la)]

Hearing Officer: **T. Cortes**, and have determined that:  
[Oficial de Audiencias y he determinado que]

☑ The decision of the Hearing Officer is upheld. [Se respalda la decisión del(la) Oficial de Audiencias]  
☐ The decision of the Hearing Officer is rescinded. [Se rescinde la decisión del(la) Oficial de Audiencias]  
☐ The decision of the Hearing Officer is modified. [Se modifica la decisión del(la) Oficial de Audiencias]  
☐ The decision of the Hearing Officer is rescinded and a new hearing is ordered. [Se rescinde la decisión del(la) de Audiencias y se ordena una nueva audiencia.]

EXPLANATION: [EXPLICACIÓN]:

Sanctions administered by the Hearing Officer are appropriate for prohibited act(s) 256. After review of inmate disciplinary history and submitted custody reports; request for applying violation of standards is denied. **Charge was downgraded to an On The Spot by the Hearing Officer.** You have the responsibility to know and abide by the rules, procedures and schedules concerning the operation of the correctional facility.

X _____  Defendant's mental health history was reviewed and considered (if applicable)  
           [El estado de salud mental del defendido fue revisado y considerado] (si se require)

_____  17 May 2022    4:04 AM/PM  
                            DATE          TIME

Delivered by _____  _____  
              Print name of employee              Date

_____  _____  
Signature of inmate                 Signature of employee if inmate refuses to sign